CCC:JK
F. #2021R00258

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>██████████<br>██████████<br>██████████<br>██████████<br>BRIAN SULLIVAN,<br>██████████<br>██████████<br>██████████<br><br>Defendants. | S U P E R S E D I N G<br>I N D I C T M E N T<br><br>Cr. No. 21-452 (S-1)(JS)<br>(T. 21, U.S.C., §§ 841(b)(1)(A)(i),<br>841(b)(1)(A)(ii)(II), 841(b)(1)(A)(iii),<br>841(b)(1)(A)(vi) and 846; T. 18, U.S.C.,<br>§§ 924(c)(1)(A)(i), 2 and 3551 et seq.) |

- - - - - - - - - - - - - - - - - - - - - - - - - - X

THE GRAND JURY CHARGES:

## COUNT ONE
(Conspiracy to Distribute and Possess Controlled Substances)

1. In or about and between June 2019 and June 2020, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants ████████████████████████████████████████ ████████████████████████ BRIAN SULLIVAN, ████████████ ████████████████████████████████████ together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute controlled substances, which offense involved (a) a substance containing heroin, a Schedule I controlled substance; (b) a substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanimide

3

drug trafficking crime, to wit: the crime charged in Count One, and did knowingly and intentionally possess said firearms in furtherance of such drug trafficking crime.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 2 and 3551 et seq.)

A TRUE BILL

███████████

FOREPERSON

*/s/*

JACQUELYN M. KASULIS
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2021R00258
FORM DBD-34
JUN 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

BRIAN SULLIVAN,

Defendants.

## SUPERSEDING INDICTMENT

(T. 21, U.S.C., §§ 841(b)(1)(A)(i), 841(b)(1)(A)(ii)(II),
841(b)(1)(A)(iii), 841(b)(1)(A)(vi) and 846;
T. 18, U.S.C., §§ 924(c)(1)(A)(i), 2 and 3551 et seq.)

*A true bill.*

_____ *Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20*_____

_____ *Clerk*

*Bail, $* _____

*Christopher C. Caffarone, Assistant U.S. Attorney (631) 715-7868*