UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                                      21-CR-452 (JS)

BRIAN SULLIVAN,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Andrew Wenzel from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Andrew Wenzel
    United States Attorney's Office (Criminal Division)
    610 Federal Plaza
    Central Islip, New York 11722
    Tel:  (631) 715-7832
    Fax:  (631) 715- 7922
    Email: Andrew.wenzel@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Andrew Wenzel at the email address set forth above.

Dated:   Central Islip, New York
           October 13, 2021

Respectfully submitted,

JACQUELYN M. KASULIS
Acting United States Attorney

By:   /s/ Andrew Wenzel
       Andrew Wenzel
       Assistant U.S. Attorney

cc:   Clerk of the Court (JS)