

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

APW
F. #2021R00258

*Select Street Address*
*Select City & State*

October 29, 2021

By E-mail

The Honorable Steven I. Locke
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re: United States v. Leonardi, Et. Al
       Criminal Docket No. 21-452 (JS)

Dear Judge Locke:

  The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

               Respectfully submitted,

               BREON PEACE
               United States Attorney

        By:   /s/
               Andrew P. Wenzel
               Assistant U.S. Attorney
               (631) 715-7832

Enclosure

cc: Clerk of Court (by ECF)
   Defense Attorney Name, Esq. (by ECF)