# Long Tuminello, LLP
## Attorneys at Law

*Members:*
John E. Long, Jr.*
Barry M. Tuminello
David H. Besso, P.C.
Harold Seligman, P.C.
Kevin J. Werner
Michelle Aulivola, P.C.
Karen S. Svendsen

*Also admitted in Florida

120 Fourth Avenue
Bay Shore, New York 11706
631-666-2500 / 631-666-5766
Fax: 631-666-8401
(service by fax not permitted)

*Associates:*
Brittany A. Fiorenza
Nicole L. Bohler
Yvonne Randazzo
Jared R. Artura
Patricia A. Deegan

Arthur M. Cromarty,
*Ret. N.Y.S. Supreme Ct. Justice*
*(1919-2014)*

November 15, 2021

***Via E-Filing***
Hon. Joanna Seybert
United States District Court
Eastern District of New York
Long Island Courthouse – 100 Federal Plaza
Central Islip, New York 11722

  Re: ***Unites States of America vs. Brian Sullivan***
    ***Cr. No. 21-452 (S-1) (JS)***

Dear Judge Seybert:

  On October 19, 2021, I requested a bail hearing for Brian Sullivan regarding the above-captioned matter.

  At this time, I would like to withdraw my application for the bail hearing, which hearing is presently scheduled for today, November 15, 2021, at 3:00 P.M.

  Thank you for your courtesy and cooperation.

             Very truly yours,

             DAVID H. BESSO

DHB: ap
cc: Eric Russo@NYED.USCourts.GOV